# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCAS SIROIS,<br>DAVID BURGESS,<br>BRADLEY SCOVIL,<br>DERRICK DOUCETTE,<br>ALISA SIROIS,<br>ROBERT SIROIS,<br>BRANDON DAGNESE,<br>RYAN NEZOL,<br>KENNETH ALLEN,<br>JAMES MCLAMB,<br>KEVIN LEMAY, and<br>KAYLA ALVES | Docket No. 1:21-MJ-00271-JCN<br><br>21 U.S.C. §§ 846, 841(a)(1);<br>18 U.S.C. § 1956(h);<br>18 U.S.C. § 1349;<br>18 U.S.C. § 1344;<br>18 U.S.C. §§ 1512(c)(1); 1512(c)(2)<br>26 U.S.C. §§ 7201; 7206(2)<br><br>**FILED UNDER SEAL** |

## MOTION TO SEAL

The United States of America, by and through its attorneys, United States Attorney for the District of Maine Darcie N. McElwee, and Noah Falk, Assistant United States Attorney, respectfully moves this Honorable Court to seal the Criminal Complaint and Affidavit in Support of the Criminal Complaint, as well as any and all related attachments and docket entries for a period of 7 days, until October 27, 2021, subject to a supplemental motion to extend the sealing.

The Government respectfully submits that this matter relates to an ongoing investigation by the Drug Enforcement Administration, the Federal Bureau of Investigation, the Internal Revenue Service, and their local law enforcement partners. Disclosure of the Criminal Complaint at this time could have the effect of alerting the targets to information sufficient to identify certain witnesses against them in this investigation, which could lead to, among other

things, the destruction of evidence, and/or danger to those witnesses who have cooperated with the government.

    WHEREFORE, the Government requests that the Criminal Complaint, the Affidavit in Support of the Criminal Complaint, as well as any and all attachments, related documents and docket entries pertaining thereto, be sealed until the arrest of any named defendant, or until October 27, 2021.

Dated at Portland, Maine this 20th of October, 2021.

    Respectfully submitted,

    DARCIE N. MCELWEE
    United States Attorney

    */s/ Noah Falk*
    Noah Falk
    Assistant U.S. Attorney
    United States Attorney's Office
    100 Middle Street, 6th Floor, East Tower
    Portland, ME 04101
    (207) 780-3257