UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. KAYLA ALVES

DOCKET NO:  1:21-mj-00271-JCN-12

PROCEEDING TYPE: Preliminary Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Affidavit of James Hendry (ECF 3-1) | 11/5/21 | 11/5/21 | | 11/5/21 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |