UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No.  1:21-mj-0271-12-JCN |
| | ) | |
| KAYLA ALVES | ) | |

AMENDED JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and Kayla Alves, the defendant, through their respective undersigned counsel, hereby move that the Court enter an order under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), excluding the time that elapses between November 8, 2021 and January 20, 2022.  In support of this Motion, the parties state the following:

The defendant first appeared in this case pursuant to a summons served on October 27, 2021.  Her initial appearance on this case was on October 29, 2021, at which time she was ordered released on bail conditions.   In the absence of a speedy trial exclusion, the government would be required to present this case to a grand jury on November 9, 2021.  The parties wish to have an additional period of approximately 60 days in order to continue resolution discussions already underway before an indictment is sought.  Defence counsel represents that the defendant is aware of her Speedy Trial Act rights and has authorized counsel to seek the extension requested by this joint motion.  By the signature of defense counsel below, the defendant hereby waives her rights under the Speedy Trial Act to have this matter presented to the grand jury within 30 days of her initial appearance and defendant expressly consents to the exclusion of time as requested herein.

The interest of justice to be served by the requested exclusion of time outweigh the interest of the defendant and the public in a speedy trial because the charges herein are very

serious and the potential to resolve the case by agreement would promote a speedy and certain outcome of the case.

WHEREFORE, the parties respectfully request that the Court enter an Order excluding the period of time between November 8, 2021 and January 20, 2022 from calculation under the provisions of the Speedy Trial Act.

| | |
|---|---|
| Dated: November 8, 2021 | /s/ *Noah Falk*<br>Assistant U.S. Attorney |
| Dated: November 8, 2021 | /s/ *Walter McKee*<br>Attorney for Defendant |